THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Roy Gibson, Appellant,
v.
The State, Respondent.
 
 
 

Appeal from Barnwell County
 Alison Renee Lee, Circuit Court Judge

Unpublished Opinion No.  2005-UP-638
Submitted December 1, 2005  Filed December 15, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General Paula S. Magargle, Office of the Attorney General, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Roy Gibson appeals the dismissal of his petition for a writ of habeas corpus.  In addition, Gibson filed a pro se brief, addressing the merits of his petition.  After a thorough review of the record, counsels brief, and Gibsons pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Gibsons appeal and grant counsels motion to be relieved.[1]
 APPEAL DISMISSED.
HEARN, C.J. and HUFF and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.